SEALED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 MAR 18 PM 4: 54
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMIAH DENNEY,<br><br>Defendant. | 8:21CR88<br><br>INDICTMENT<br><br>18 U.S.C. § 113(a)(7)<br>18 U.S.C. § 113(a)(8)<br>18 U.S.C. § 117(a)<br>18 U.S.C. § 1153 |

The Grand Jury charges that

## COUNT I

On or about January 26, 2021, within the boundaries of the Santee Sioux Indian Reservation in the District of Nebraska, the defendant, JEREMIAH DENNEY, an Indian male, did assault VICTIM 1, an Indian female, who was an intimate partner and dating partner, by strangling and attempting to strangle VICTIM 1.

In violation of Title 18, United States Code, Sections 113(a)(8) and 1153.

## COUNT II

On or about January 26, 2021, within the boundaries of the Santee Sioux Indian Reservation in the District of Nebraska, the defendant, JEREMIAH DENNEY, an Indian male, did assault VICTIM 1, an Indian female, who was an intimate partner and dating partner, causing substantial bodily injury to VICTIM 1, in that JEREMIAH DENNEY did bite, strike, strangle, and push VICTIM 1 into a wall causing injuries to VICTIM 1's face and neck.

In violation of Title 18, United States Code, Sections 113(a)(7) and 1153.

## COUNT III

On or about January 26, 2021, within the boundaries of the Santee Sioux Indian Reservation, in the District of Nebraska, the defendant, JEREMIAH DENNEY, an Indian male, did assault VICTIM 1, an Indian female, who was an intimate partner and dating partner similarly situated to a spouse, and JEREMIAH DENNEY had been convicted of:

1. Domestic Abuse Simply Assault in violation of S.D. Codified Laws § 22-18-1, in case 66CRI20-211 in Circuit Court of Yankton County, South Dakota, on or about May 13, 2020, which, if subject to Federal jurisdiction, would be an assault, the victim of which was VICTIM 2, a spouse and intimate partner of JEREMIAH DENNEY.

2. Domestic Assault, in violation of Santee Sioux Tribal Code (referencing Neb. Rev. Stat. § 28-323), in case CR18-66 in the Santee Sioux Nation Tribal Court, on or about July 13, 2018, which, if subject to Federal jurisdiction, would be an assault, the victim of which was VICTIM 1, an intimate partner of JEREMIAH DENNEY.

In violation of Title 18, United States Code, Sections 117(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

(for)  KELLI L. CERAOLO, MN #0398049
Assistant U.S. Attorney

2