IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH DENNEY,<br><br>Defendant. | 8:21CR88<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 47), judgment is entered in favor of the United States of America and against Jeremiah Denney.

Dated this 2nd day of September 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge